IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 08-cv-02329-RPM

ROGER KINCADE,

    Plaintiff,

v.

CENTURA HEALTH CORPORATION d/b/a CENTURA HEALTH,

    Defendant.

_____

ORDER ON PLAINTIFF'S MOTION FOR PROTECTIVE ORDER
_____

On March 27, 2009, the plaintiff filed a motion for protective order, tendering a protective order and indicating that the defendant objected.

On May 8, 2009, the defendant filed a response to the motion for protective order, indicating an expectation of an agreement on the terms of a protective order. To this time, no stipulation has been filed. It is now

ORDERED that on or before June 15, 2009, the parties shall submit a stipulated protective order or indicate what matters are in dispute.

Dated:  June 5th, 2009

BY THE COURT:

s/Richard P. Matsch

_____
Richard P. Matsch, Senior District Judge