IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 08-cv-02329-RPM

ROGER KINCADE,

    Plaintiff,

v.

CENTURA HEALTH CORPORATION d/b/a CENTURA HEALTH,

    Defendant.

---

ORDER FOR FILING AMENDED ANSWER TO SECOND AMENDED COMPLAINT AND COUNTERCLAIMS

---

    The defendant Centura Health Corporation d/b/a Centura Health filed, under seal, a motion for leave to file amended answer and counterclaims on July 22, 2009, and tendered the proposed filing. The plaintiff responded in opposition on August 11, 2009, asserting that the proposed filing was untimely. The plaintiff also asserts prejudice and futility. The defendant filed a reply on August 26, 2009. Upon review of these pleadings, it is now

    ORDERED that the defendant's motion to amend is granted and the Amended Answer to Second Amended Complaint and Counterclaims is filed.

    DATED: September 9th, 2009

                                    BY THE COURT:

                                    s/Richard P. Matsch

                                  _____
                                  Richard P. Matsch, Senior District Judge