IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 08-cv-02329-RPM

ROGER KINCADE,

    Plaintiff,

v.

CENTURA HEALTH CORPORATION d/b/a CENTURA HEALTH,

    Defendant.

---

ORDER VACATING CALENDAR CALL AND FOR REFERRAL OF MOTION FOR EXTENSION
OF TIME TO FILE DISPOSITIVE MOTIONS

---

    Upon review of the file in this case in which the Court has now granted the defendant's motion to file an amended answer and counterclaims and discovery motions having been referred to Magistrate Judge Tafoya who has set a hearing for October 5, 2009, on the discovery disputes and this case therefore being unready for trial, it is

    ORDERED that the calendar call for October 2, 2009, is vacated as to this civil action and it is

    FURTHER ORDERED that the defendant's motion for extension of time to file dispositive motions is referred to Magistrate Judge Tafoya for a ruling.

    DATED: September 9th, 2009

                                                BY THE COURT:

                                                s/Richard P. Matsch

                                                _____

                                                Richard P. Matsch, Senior District Judge