IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 08-cv-02329-RPM

ROGER KINCADE,

    Plaintiff,

v.

CENTURA HEALTH CORPORATION d/b/a CENTURA HEALTH,

    Defendant.

---

ORDER GRANTING MOTION TO SEAL

---

Upon consideration of Defendant's Motion for Leave to File Defendant's Motion for Summary Judgment Under Seal [80], it is

ORDERED that the motion is granted and Defendant's Motion for Summary Judgment [79] is sealed.

DATED: September 10th, 2009

                BY THE COURT:

                s/Richard P. Matsch

                _____
                Richard P. Matsch, Senior District Judge