IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 08-cv-02329-RPM

ROGER KINCADE,

    Plaintiff,

v.

CENTURA HEALTH CORPORATION d/b/a CENTURA HEALTH,

    Defendant.

---

ORDER DENYING PLAINTIFF'S MOTION TO DISMISS COUNTERCLAIMS

---

    Upon consideration of the Plaintiff's sealed motion to dismiss counterclaims, filed September 21, 2009, it is

    ORDERED that the motion to dismiss is denied.

    DATED: September 22nd, 2009

                              BY THE COURT:

                              s/Richard P. Matsch

                              _____
                              Richard P. Matsch, Senior District Judge