IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-CV-02329-RPM-KMT

ROGER KINCADE,

    Plaintiff,

v.

CENTURA HEALTH CORPORATION, d/b/a CENTURA HEALTH,

    Defendant.

_____

ORDER GRANTING MOTION TO AMEND PLAINTIFF'S ANSWER TO COUNTERCLAIMS
_____

Upon consideration of Plaintiff's Motion to Amend Answer to Defendant's Counterclaims [102], it is

ORDERED that the Motion is granted and Plaintiff's Amended Answer to Defendant's Counterclaims attached thereto is accepted for filing.

DATED this 6th day of October, 2009.

BY THE COURT:

s/Richard P. Matsch

_____
Richard P. Matsch, Senior District Judge