IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-CV-02329-RPM

ROGER KINCADE,

    Plaintiff,

v.

CENTURA HEALTH CORPORATION d/b/a CENTURA HEALTH,

    Defendant.

## ORDER OF DISMISSAL

Upon consideration of the Stipulation of Dismissal filed by the parties [112], it is

ORDERED that the Stipulation of Dismissal is made an order of this Court. The captioned action is dismissed with prejudice, each party to bear their own fees and costs.

Done this 3rd day of December, 2009

                BY THE COURT:

                s/Richard P. Matsch

                Richard P. Matsch, Senior District Judge